USCA1 Opinion

 

 December 11, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 92-1541 LEO T. NOONAN, TRUSTEE, Plaintiff, Appellant, v. RESOLUTION TRUST CORPORATION, ETC., Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Walter Jay Skinner, U.S. District Judge] ___________________ ___________________ Before Torruella, Cyr and Stahl, Circuit Judges. ______________ ___________________ Leo T. Noonan on brief pro se. _____________ Thomas Paul Gorman, Sherin & Lodgen, Richard T. Aboussie and __________________ _______________ ___________________ Hugo A. Zia on brief for appellee. ___________ __________________ __________________ Per Curiam. Plaintiff appeals dismissal of his ___________ complaint under Fed. R. Civ. P. 12(b)(1),(6). In a comprehensive opinion, the district court held that the complaint failed to state a claim upon which relief could be granted in light of the provisions of 12 U.S.C. 1823(e), and the doctrine of D'Oench, Duhme & Co. v. Federal Deposit ____________________ _______________ Ins. Corp., 315 U.S. 447 (1942). __________ Based on our own reading of the record, and after consideration of the parties briefs on appeal, we agree with the district court's decision to dismiss this complaint under the D'Oench doctrine. Accordingly, the judgment below is _______ affirmed. ________